UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **THE PHELAN GROUP, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MERCEDES-BENZ GROUP AG,**<br><br>*Defendant.* | Case No. 2:23-cv-607-JRG<br><br>LEAD CASE |
| **THE PHELAN GROUP, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**HONDA MOTOR CO., LTD.,**<br><br>*Defendant.* | Case No. 2:23-cv-606-JRG |
| **THE PHELAN GROUP, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>*Defendant.* | Case No. 2:23-cv-611-JRG |

**DECLARATION OF NICHOLAS W. ROTZ IN SUPPORT OF
MERCEDES-BENZ GROUP AG'S RENEWED MOTION TO DISMISS**

I, Nicholas W. Rotz, declare:

I am an attorney at the law firm of Hogan Lovells US LLP, representing Defendant Mercedes-Benz Group AG in this Action.

1

I provide this declaration in support of Mercedes-Benz Group AG's Renewed Motion to Dismiss. I have personal knowledge of the following, and if called as a witness, I could and would testify competently thereto.

Ex. 1 is a true and correct copy of Phelan's Response to May 23, 2024 Final Office Action, dated July 23, 2024 and filed with the United States Patent and Trademark Office in *Ex Parte Reexamination* Control No. 90/015,287 against U.S. Patent No. 10,259,470.

Dated: July 31, 2024       /s/ Nicholas W. Rotz

                                          Nicholas W. Rotz