# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **THE PHELAN GROUP, LLC,**  *Plaintiff*,  v.  **MERCEDES-BENZ GROUP AG,**  *Defendant*. | Case No. 2:23-cv-607-JRG  LEAD CASE |
| **THE PHELAN GROUP, LLC,**  *Plaintiff*,  v.  **HONDA MOTOR CO., LTD.,**  *Defendant*. | Case No. 2:23-cv-606-JRG |
| **THE PHELAN GROUP, LLC,**  *Plaintiff*,  v.  **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**  *Defendant*. | Case No. 2:23-cv-611-JRG |

**ORDER GRANTING MERCEDES-BENZ GROUP AG'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

This matter comes before the Court on Defendant Mercedes-Benz Group AG's Motion to Dismiss the Second Amended Complaint filed by Plaintiff, The Phelan Group, LLC for failure to state a claim under Fed. R. Civ. P. 12(b)(6). After consideration of said motion, the Court finds that it is with merit and should be GRANTED.

It is hereby ORDERED that Plaintiff's Second Amended Complaint be dismissed with prejudice and the Clerk shall close this action.