IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ GROUP AG,<br><br>    Defendant. | Civil Action No. 2:23-cv-00607-JRG<br><br>(LEAD CASE) |

## NOTICE OF COMPLIANCE

Defendant Honda Motor Co., LTD., hereby notifies the Court that it has served its Initial and Additional Disclosures on counsel for Plaintiff via electronic mail on August 8, 2024.

Dated: August 9, 2024

                                                                  Respectfully submitted,

                                                                   /s/ *Melissa R. Smith*
                                                                   Melissa R. Smith
                                                                   **GILLAM & SMITH, LLP**
                                                                   TX State Bar No. 24001351
                                                                   303 S. Washington Avenue
                                                                   Marshall, Texas 75670
                                                                   Telephone: (903) 934-8450
                                                                   Facsimile: (903) 934-9257
                                                                   melissa@gillamsmithlaw.com

                                                                   Robert L. Maier
                                                                   Robert.maier@bakerbotts.com
                                                                   Margaret M. Welsh
                                                                   Margaret.welsh@bakerbotts.com
                                                                   **BAKER BOTTS L.L.P.**
                                                                   30 Rockefeller Plaza
                                                                   New York, NY 10112
                                                                   (212) 408-2500
                                                                   (212) 408-2501 - fax

Megan LaDriere White
megan.white@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
(214) 953-6500
(214) 953-6503 - fax

*COUNSELS FOR DEFENDANT HONDA MOTOR CO., LTD.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of August 2024.

    /s/ Melissa R. Smith
    Melissa R. Smith