# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>MERCEDES-BENZ GROUP AG<br><br>*Defendant.* | CIVIL ACTION NO.<br>1:25-CV-1399-SEG |

## STIPULATED MOTION
## FOR DISMISSAL WITH PREJUDICE

Plaintiff The Phelan Group, LLC and Defendant Mercedes-Benz Group AG hereby move, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 21, 2025                    Respectfully submitted,

*/s/ Hala Mourad*

*Counsel for Plaintiff*
*The Phelan Group, LLC*

Hala Mourad
LEE & HAYES, P.C.
75 14th Street, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
hala.mourad@leehayes.com

Andrew G. DiNovo  (*Pro Hac Vice*)
Gregory S. Donahue (*Pro Hac Vice*)
DINOVO PRICE LLP
7000 N. MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 727-6691
adinovo@dinovoprice.com
gdonahue@dinovoprice.com

*/s/ Celine Jimenez Crowson*
_____

*Counsel for Defendant Mercedes-Benz Group, AG*

**Celine Jimenez Crowson** (*Pro Hac Vice*)
Celine.crowson@hoganlovells.com
**Joseph J. Raffetto** (*Pro Hac Vice*)
joseph.raffetto@hoganlovells.com
**Damon M. Lewis** (*Pro Hac Vice*)
damon.lewis@hoganlovells.com
**Scott A. Hughes** (*Pro Hac Vice*)
scott.hughes@hoganlovells.com

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
T: 202.637.5600
F: 202.637.5910

**Joshua L. Becker**
jbecker@shb.com

SHOOK, HARDY & BACON LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
T: 470.867.6000
F: 470.867.6001