# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>MERCEDES-BENZ GROUP AG<br><br>*Defendant.* | CIVIL ACTION NO.<br>1:25-CV-1399-SEG |

## [PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

Having considered Plaintiff The Phelan Group, LLC and Defendant Mercedes-Benz Group AG's Motion for Dismissal, it is hereby ORDERED that all claims and counterclaims in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

SO ORDERED this ___ day of _____, 2025.

_____
Sarah E. Geraghty
United States District Judge